CASTILLO, Wayne & NINA                                    09-13486

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**    111
60-249 / 433

| Case | Debtor |
|---|---|
| 09-13486 B | CASTILLO, WAYNE ANTHONY |
| 92001180908066 | CASTILLO, NINA CAMACHO |
| COMBINED SMALL CHECK | |

TID #380290
MICHAEL CHIASSON
P.O. BOX 1666
MANDEVILLE LA 70470

Date   09/23/2010      $  ***********1.95

~~~One Dollar and 95/100

Pay to the
Order of   U.S. Bankruptcy Court

MICHAEL CHIASSON, Trustee

⑈00000111⑈ ⑆043302493⑆7200118090806⑆

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

#  227679    —  KW
*  *  C O P Y  *  *
September 24, 2010
13:25:17

UNC.UNDER$25
09-13486
Debtor.: WAYNE ANTHONY CASTILLO
Trustee: Michael Chiasson
Amount.:              $1.95 CH
Check#.: 111

9/24/10.
DEPOSITED to 106000
TREASURY

Due To:
PRA RECEIVABLES Mgmt., LLC

Total→  $1.95

CV.

FROM: CHIASSON

Printed: 09/23/10 08:54 AM

# Claims Distribution Small Checks

Page: 1

Case: 09-13486 - CASTILLO, WAYNE ANTHONY

Trustee: MICHAEL CHIASSON (380290)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 2001180908066 | 111 | 09/23/10 | 23 | 03/01/10 | 610 | Payee: U.S. Bankruptcy Court PRA Receivables Management, LLC | 224.45 | 224.45 | 1.95 | 1.95 |
| | | | | | | Check Amount: | | | | $1.95 |

(*) Denotes objection to Amount Filed